UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

JOSE RIVERA,

                Plaintiff,                19 **CIVIL** 11745 (MKV) (OTW)

            -v-                       **JUDGMENT**

ANDREW SAUL,
COMMISSION OF SOCIAL SECURITY,

                Defendant.

-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated February 1, 2021, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
          February 8, 2021

                                                                 **RUBY J. KRAJICK**

                                                                    **Clerk of Court**

                                       **BY:**

                                                                   **Deputy Clerk**