IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
(FOLEY SQUARE)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/25/2022
```

Jose Rivera,                    )
                                )
        Plaintiff,              )
                                )
    v.                          ) CIVIL ACTION NO. 1:19-cv-11745-MVK-OTW
                                )
Kilolo Kijakazi,                )
Acting Commissioner of Social Security,  )
                                )
        Defendant.              )

## ORDER

AND NOW, this __25th__ day of May 2022, it is hereby ORDERED that Plaintiff's Motion for an Award of Attorney Fees pursuant to 42 U.S.C. § 406(b) is GRANTED. Counsel is awarded attorney fees in the amount of $22,131.00.

Upon payment of the above fees to Counsel Fishman's office, Counsel Fishman is ORDERED to refund the EAJA fees of $8,200.00 to Plaintiff directly.

BY THE COURT:

_Mary Kay Vyskocil_   May 25, 2022
Mary Kay Vyskocil, U.S.D.J.

After careful consideration, the Court finds that this fee petition is timely and reasonable and is not a windfall based the factors described in *Fields v. Kijakazi*, 24 F.4th 845 (2d Cir. Jan. 28, 2022).